UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION

MDL No. 1431
Judge Davis

02-189 MJD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

LAURA M. LANGLEY
vs.
PFIZER INC., AS SUCCESSOR IN INTEREST TO WARNER LAMBERT COMPANY; WARNER-LAMBERT COMPANY; PARKE-DAVIS DIVISION OF WARNER LAMBERT COMPANY; BAYER CORPORATION; AND SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE

Civil Action No. 4:01-4361-25
Judge Wooten

CONSENT ORDER OF DISMISSAL WITHOUT PREJUDICE

IT APPEARING TO THE COURT THAT the plaintiff, Laura M. Langley, by counsel, has moved to dismiss without prejudice Pfizer Inc, Warner-Lambert Company, and the Parke-Davis Division of Warner-Lambert, their predecessors, subsidiaries, assignees and affiliated companies, hereinafter referred to as "Pfizer." It further appearing that Pfizer consents to this dismissal of all claims without prejudice, it is ADJUDGED and ORDERED that all claims as to Pfizer be, and are herewith dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Langley v. Pfizer, Inc., et al, Civil No.: 02-189 (MJD/JGL)

IT IS FURTHER ORDERED that the Clerk of Court shall remove the cause of action listed above from the docket as to Pfizer.

ENTERED this 30th day of Sept., 2002

Honorable Michael J. Davis

We move

Kenneth Suggs
Suggs & Kelly, P.A.
P.O. Box 8113
Columbia, SC 29202

*Attorneys for Plaintiff Laura M. Langley*

We consent

Michael T. Cole
Nelson Mullins Riley & Scarborough, L.L.P.
Fed. ID# 206
Jane Thompson Davis, Esquire
Fed. ID#1048
151 Meeting Street
Post Office Box 1806 (29402-1806)
Charleston, SC 29401-2239

*Attorneys for Defendants Pfizer Inc., Warner-Lambert, and Parke-Davis Division of Warner-Lambert*