IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION MDL No. 1431 (MJD/JGL)

| | | |
|---|---|---|
| LAURA M. LANGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>PFIZER INC., AS SUCCESSOR IN INTEREST TO WARNER LAMBERT COMPANY; WARNER-LAMBERT COMPANY; PARKE-DAVIS DIVISION OF WARNER LAMBERT COMPANY; BAYER CORPORATION; AND SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>Defendants. | ) | Civil File No. 02-189 MJD<br><br>**STIPULATION OF DISMISSAL** |

**ORDER**

IT IS HEREBY ORDERED, pursuant to the above Stipulation, that Plaintiff's Complaint in the above-referenced matter is hereby Dismissed with Prejudice, each party to bear its own costs and attorney fees.

JUN 03 2004

Michael J. Davis

The Honorable Michael J. Davis
United States District Judge

COLUMBIA 788022v1

SCANNED
JUN 04 2004
U.S. DISTRICT COURT MPLS

E-SERVED
05/27/04
01:24 PM ET
Baycol MDL 1431

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION MDL No. 1431 (MJD/JGL)

| | | |
|---|---|---|
| LAURA M. LANGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>PFIZER INC., AS SUCCESSOR IN INTEREST TO WARNER LAMBERT COMPANY; WARNER-LAMBERT COMPANY; PARKE-DAVIS DIVISION OF WARNER LAMBERT COMPANY; BAYER CORPORATION; AND SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>Defendants. | ) | Civil File No. 02-189 MJD<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties who have appeared in this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each side will bear its own costs.

Respectfully submitted,

**Suggs & Kelly Lawyers**
Post Office Box 8113
Columbia, SC 29202-8113

By: ______________________
Ken Suggs, Esq.
Gerald D. Jowers, Esq.
***Attorneys for Plaintiff***

**McNair Law Firm, P.A.**
Post Office Box 11390
Columbia, SC 29211
803-799-9800

By: ______________________
Celeste T. Jones, Fed. ID No. 2225
Andrew G. Melling, Fed. ID No. 7882

E-SERVED
05/27/04
01:24 PM ET
Baycol MDL 1431

**Nelson Mullins Riley & Scarborough LLP**
Post Office Box 1806
Charleston, SC 29402

Michael T. Cole, Esq.
Jennifer A. Jordan, Esq.
***Attorneys for Defendants Pfizer Inc, Warner-Lambert Company, LLC and Parke-Davis Division of Warner-Lambert Company, LLC***

Phillip S. Beck, Esq.
Adam L. Hoeflich, Esq.
Tarek Ismail, Esq.
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 West Hubbard St., Suite 3000
Chicago, IL 60610
Telephone: (312) 494-4400

Susan A. Weber, Esq.
Sara J. Gourley, Esq.
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

Richard K. Dandrea, Esq.
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower
600 Grant Street, 44th FL
Pittsburgh, PA 15219
Telephone: (412) 566-6000

Gene C. Schaerr, Esq.
Frank R. Volpe
SIDLEY AUSTIN BROWN & WOOD, LLP
1501 K Street, NW
Washington, DC 20005
Telephone (202) 736-8000
***Attorneys for Bayer Corporation***

E-SERVED
05/27/04
01:24 PM ET
Baycol MDL 1431

**Haynsworth Sinkler Boyd, P.A.**
Post Office Box 11889
Columbia, SC 29211

Stephen F. McKinney, Esq.
***Attorneys for Defendant***
***Smithkline Beecham Corporation***
***D.B.A. Glaxosmithkline***